1 | KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, State Bar No. 161934
2 | JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
3 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4 | 650 Page Mill Road
Palo Alto, CA 94304-1050
5 | Telephone: (650) 493-9300
Facsimile: (650) 565-5100
6 | E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
7 | E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com
8
Attorneys for Defendants
9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | DENNIS KOESTERER, On Behalf of Himself ) CASE NO.: 3:07-CV-05168-MMC
and All Others Similarly Situated, )
13 | ) **DISCLOSURE STATEMENT AND**
Plaintiff, ) **CERTIFICATION OF**
14 | ) **INTERESTED ENTITIES OR**
v. ) **PERSONS**
15 | )
BIGBAND NETWORKS, INC., AMIR ) **(F.R.Civ.P. 7.1)**
16 | BASSAN-EZKENAZI, FREDERICK A. BALL, ) **(N.D.L.R. 3-16)**
RAN OZ, LLOYD CARNEY, DEAN )
17 | GILBERT, KEN GOLDMAN, GAL ISRAELY, )
BRUCH SACHS, ROBERT SACHS, and )
18 | GEOFFREY YANG )
)
19 | Defendants. )
)
20 | _____ )

21

22

23

24

25

26

27

28

DISCLOSURE STATEMENT
CASE NO. 3:07-CV-05168-MMC

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (1) BigBand Networks, Inc. ("BigBand") does not have a corporate parent; and (2) no public company owns 10% or more of BigBand stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 21, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Joni Ostler
     Joni Ostler

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: jostler@wsgr.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Rosemarie Dean, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (F.R.Civ.P.7.1) (N.D.I.R. 3-16)**

☒ By e-mail transmission on that date. This document was transmitted via e-mail to the following e-mail addresses as set forth below:

Michael C. Tu
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
E-mail: mtu@orrick.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on November 21, 2007.

Rosemarie Dean