KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, JR. State Bar No. 161934
JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG<br><br>                  Defendants. | CASE NO.: 3:07-CV-05168-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  January 18, 2008<br>Time:           10:30 a.m.<br>Before:        Hon. Maxine M. Chesney |

WHEREAS, this case is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

WHEREAS, seven other substantially similar class actions are also pending in the Northern District of California:

*Mohanty v. Bassan-Eskenazi et al.*, No. C 07-5101-SBA, filed 10/3/07 (the "*Mohanty* Action");

*Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07;

*Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

*Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

*Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07;

*Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-SI, filed 11/16/07; and

*Wiltjer v. BigBand Networks, Inc., et al.*, No. C 08-22-CRB, removed on 1/2/08.

WHEREAS, on December 3, 2007, two motions to consolidate all these similar actions and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the first-filed *Mohanty* Action (*Mohanty* Action Docket Nos. 12, 15), and are scheduled to be heard on February 5, 2008 before the Honorable Saundra B. Armstrong;

WHEREAS, because no lead plaintiff has been appointed who can speak for the plaintiff class, and because this case will, in all likelihood, be consolidated with the other above-listed cases and transferred to Judge Saundra B. Armstrong, the parties agree that the Case Management Conference currently scheduled for January 18, 2008 at 10:30 a.m. would be premature at this time;

IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang, and plaintiff Dennis Koesterer, that the Case Management Conference currently scheduled for January 18, 2008 at 10:30 a.m. should be taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff

1    has been appointed who can speak for the plaintiff class, in the event that this case is not

2    transferred to Judge Saundra B. Armstrong.

3    Dated: January 10, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
4

5                                              By: _____ /s/ Joni Ostler _____
                                                          Joni Ostler
6
                                               *Counsel for Defendants BigBand Networks, Inc.,*
7                                              *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
                                               *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
8                                              *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
                                               *Yang*
9

10   Dated:  January 10, 2008                  WHITEHEAD & PORTER LLP

11                                             By: _____ /s/ Stephen L. Porter _____
                                                         Stephen L. Porter
12                                             220 Montgomery, Suite 1850
                                               San Francisco, CA  94104
13                                             Tel.: (415) 781-6070

14                                             *Local Counsel for Plaintiff Dennis Koesterer*

15                                             ROBERT C. FINKEL
                                               NATALIE MACKIEL
16                                             WOLF POPPER LLP
                                               845 Third Avenue
17                                             New York, NY  10022
                                               Tel.: (212) 759-4600
18                                             Fax: (212) 486-2093

19                                             *Counsel for Plaintiff Dennis Koesterer*

20                                     <u>ORDER</u>

21         Pursuant to Stipulation, it is hereby ordered that the Case Management Conference

22   currently scheduled for January 18, 2008 at 10:30 a.m. should be taken off calendar and

23   rescheduled at _____.

24

25   Dated:  _____                _____
                                                        The Honorable Maxine M. Chesney
26                                                      United States District Court Judge

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B, I hereby attest that Stephen L. Porter has concurred in this filing.

Dated:  January 10, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By:  ___/s/ Joni Ostler_____
                                                      Joni Ostler