1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, JR. State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6  E-mail: keggleton@wsgr.com
   E-mail: rstrickland@wsgr.com
7  E-mail: jostler@wsgr.com
   E-mail: flugo@wsgr.com
8
   Attorneys for Defendants
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  DENNIS KOESTERER, On Behalf of Himself    )    CASE NO.:  3:07-CV-05168-MMC
    and All Others Similarly Situated,        )
13                                            )
              Plaintiff,                      )    **STIPULATION AND [PROPOSED]**
14                                            )    **ORDER CONTINUING CASE**
         v.                                   )    **MANAGEMENT CONFERENCE**
15                                            )
    BIGBAND NETWORKS, INC., AMIR              )
16  BASSAN-EZKENAZI, FREDERICK A. BALL,       )    CMC Date:    January 18, 2008
    RAN OZ, LLOYD CARNEY, DEAN                )    Time:        10:30 a.m.
17  GILBERT, KEN GOLDMAN, GAL ISRAELY,        )    Before:      Hon. Maxine M. Chesney
    BRUCH SACHS, ROBERT SACHS, and            )
18  GEOFFREY YANG                             )
                                              )
19            Defendants.                     )
                                              )
20  _____ )

21

22

23

24

25

26

27

28

STIP RE CMC DATE
CASE NO. 3:07-CV-05168-MMC

1    WHEREAS, this case is a purported class action governed by the provisions of the

2    Private Securities Litigation Reform Act of 1995 ("PSLRA");

3    WHEREAS, seven other substantially similar class actions are also pending in the

4    Northern District of California:

5    *Mohanty v. Bassan-Eskenazi et al.*, No. C 07-5101-SBA, filed 10/3/07 (the "*Mohanty*

6    Action");

7    *Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07;

8    *Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

9    *Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

10    *Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07;

11    *Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-SI, filed 11/16/07; and

12    *Wiltjer v. BigBand Networks, Inc., et al.*, No. C 08-22-CRB, removed on 1/2/08.

13    WHEREAS, on December 3, 2007, two motions to consolidate all these similar actions

14    and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the

15    first-filed *Mohanty* Action (*Mohanty* Action Docket Nos. 12, 15), and are scheduled to be heard

16    on February 5, 2008 before the Honorable Saundra B. Armstrong;

17    WHEREAS, because no lead plaintiff has been appointed who can speak for the plaintiff

18    class, and because this case will, in all likelihood, be consolidated with the other above-listed

19    cases and transferred to Judge Saundra B. Armstrong, the parties agree that the Case

20    Management Conference currently scheduled for January 18, 2008 at 10:30 a.m. would be

21    premature at this time;

22    IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc.,

23    Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd

24    Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang, and plaintiff Dennis Koesterer, that the

25    Case Management Conference currently scheduled for January 18, 2008 at 10:30 a.m. should be

26    taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff

27

28

1   has been appointed who can speak for the plaintiff class, in the event that this case is not

2   transferred to Judge Saundra B. Armstrong.

3   Dated: January 10, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
4

5                                              By: _____/s/ Joni Ostler_____
                                                          Joni Ostler
6
                                               *Counsel for Defendants BigBand Networks, Inc.,*
7                                              *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
                                               *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
8                                              *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
                                               *Yang*
9

10  Dated:  January 10, 2008                   WHITEHEAD & PORTER LLP

11                                             By: _____/s/ Stephen L. Porter_____
                                                         Stephen L. Porter
12                                             220 Montgomery, Suite 1850
                                               San Francisco, CA  94104
13                                             Tel.: (415) 781-6070

14                                             *Local Counsel for Plaintiff Dennis Koesterer*

15                                             ROBERT C. FINKEL
                                               NATALIE MACKIEL
16                                             WOLF POPPER LLP
                                               845 Third Avenue
17                                             New York, NY  10022
                                               Tel.: (212) 759-4600
18                                             Fax: (212) 486-2093

19                                             *Counsel for Plaintiff Dennis Koesterer*

20                                      <u>ORDER</u>

21          Pursuant to Stipulation, it is hereby ordered that the Case Management Conference

22  currently scheduled for January 18, 2008 at 10:30 a.m. ~~should be taken off calendar and~~

23  ~~rescheduled at~~ ___is continued to March 21, 2008, at 10:30 a.m._____.

24

25  Dated: ___January 11, 2008___               _____
                                                The Honorable Maxine M. Chesney
26                                              United States District Court Judge

27

28