1  KEITH E. EGGLETON, State Bar No.159842
   RODNEY G. STRICKLAND, JR., State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email: keggleton@wsgr.com
6  Email: rstrickland@wsgr.com
   Email: jostler@wsgr.com
7
   Attorneys for Defendants
8  BIGBAND NETWORKS, INC., AMIR
   BASSAN-ESKENAZI, FREDERICK A. BALL,
9  RAN OZ, LLOYD CARNEY, DEAN
   GILBERT, KENNETH A. GOLDMAN, GAL
10 ISRAELY, BRUCE I. SACHS, ROBERT J.
   SACHS and GEOFFREY Y. YANG
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         OAKLAND DIVISION
14

15 | BIKASH MOHAN MOHANTY, On Behalf of    ) | Case No. 4:07-CV-05101-SBA
   | Himself and All Others Similarly Situated, ) |
16 |                                        ) |
   |            Plaintiff,                   ) |
17 |                                        ) | NOTICE OF FILING
   |        v.                               ) |
18 |                                        ) |
   | BIGBAND NETWORKS, INC., AMIR           ) |
19 | BASSAN-ESKENAZI, RAN OZ, FREDERICK     ) |
   | BALL, GAL ISRAELY, DEAN GILBERT,        ) |
20 | KEN GOLDMAN, LLOYD CARNEY, BRUCE       ) |
   | SACHS, ROBERT SACHS, GEOFFREY           ) |
21 | YANG, MORGAN STANLEY & CO., INC.,      ) |
   | MERRILL LYNCH, PIERCE, FENNER &         ) |
22 | SMITH, INC., JEFFERIES & CO., INC.,    ) |
   | COWEN AND CO., INC., AND                ) |
23 | THINKEQUITY PARTNERS LLC               ) |
   |                                        ) |
24 |            Defendants.                  ) |
   |                                        ) |

25

26

27

28

NOTICE OF FILING – Nos. 07-CV-05101-SBA,
07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-
05361-SI, 07-CV-05637-WHA, 07-CV-05819-
CRB, 07-CV-05825-SI, 08-CV-22-CRB

| | |
|---|---|
| 1   DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-CV-05168-MMC |

1   DENNIS KOESTERER, On Behalf of Himself<br>    and All Others Similarly Situated,     )    Case No. 3:07-CV-05168-MMC

2                 )

            Plaintiff,       )

3                 )

4     v.         )

BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG

            Defendants.

ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated,    Case No. 3:07-CV-05327-JSW

            Plaintiff,

    v.

BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS LLC

            Defendants.

DONALD SMITH, On Behalf of Himself and All Others Similarly Situated,    Case No. 3:07-CV-05361-SI

            Plaintiff,

    v.

BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL

            Defendants.

NOTICE OF FILING – Nos. 07-CV-05101-SBA, 07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-05361-SI, 07-CV-05637-WHA, 07-CV-05819-CRB, 07-CV-05825-SI, 08-CV-22-CRB

| | |
|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All )     Case No. 3:07-CV-05637-WHA |

1   WAYNE LUZON, On Behalf of Himself and All )    Case No. 3:07-CV-05637-WHA
    Others Similarly Situated,                 )
2                                              )
              Plaintiff,                       )
3                                              )
          v.                                   )
4                                              )
    BIGBAND NETWORKS, INC., AMIR BASSAN-)
5   ESKENAZI, RAN OZ, FREDERICK BALL, GAL)
    ISRAELY, DEAN GILBERT, KEN GOLDMAN, )
6   LLOYD CARNEY, BRUCE SACHS, ROBERT   )
    SACHS, GEOFFREY YANG, MORGAN        )
7   STANLEY & CO., INC., MERRILL LYNCH,  )
    PIERCE, FENNER & SMITH, INC., JEFFERIES )
8   & CO., INC., COWEN AND CO., INC., and )
    THINKEQUITY PARTNERS LLC            )
9                                              )
              Defendants.                      )
10 _____)
    DEBRA L. BERNSTEIN, Individually and On )    Case No. 3:07-CV-05819-CRB
11  Behalf of All Others Similarly Situated,   )
                                               )
12            Plaintiff,                       )
                                               )
13        v.                                   )
                                               )
14  BIGBAND NETWORKS, INC., AMIR BASSAN-)
    ESKENAZI, RAN OZ, FREDERICK A. BALL,  )
15  GAL ISRAELY, DEAN GILBERT, KENNETH E.)
    GOLDMAN, LLOYD CARNEY, BRUCE I.      )
16  SACHS, ROBERT J. SACHS, GEOFFREY Y.   )
    YANG, MORGAN STANLEY & CO.           )
17  INCORPORATED, JEFFERIES & COMPANY,   )
    INC., MERRILL LYNCH, PIERCE, FENNER &  )
18  SMITH INCORPORATED, COWEN AND        )
    COMPANY LLC, and THINKEQUITY         )
19  PARTNERS LLC,                        )
                                               )
20            Defendants.                      )
    _____)
21
22
23
24
25
26
27
28
    NOTICE OF FILING – Nos. 07-CV-05101-SBA,
    07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-
    05361-SI, 07-CV-05637-WHA, 07-CV-05819-
    CRB, 07-CV-05825-SI, 08-CV-22-CRB

| | | |
|---|---|---|
| 1 | EUGENE L. HAMMER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-5825-SI |
| 2 | ) | |
| 3 | Plaintiff, ) | |
| | ) | |
| 4 | v. ) | |
| | ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-) ESKENAZI, RAN OZ, FREDERICK A. BALL, ) RAN OZ, LLOYD CARNEY, DEAN GILBERT, ) | |
| 6 | KEN GOLDMAN, GAL ISRAELY, BRUCE I. ) SACHS, ROBERT J. SACHS and GEOFFREY Y. ) | |
| 7 | YANG, ) ) | |
| 8 | Defendants. ) ) | |
| 9 | JAMES WILTJER, On Behalf of Himself and All ) Others Similarly Situated, ) | Case No. 3:08-CV-22-CRB |
| 10 | ) | |
| 11 | Plaintiff, ) | |
| 12 | v. ) ) | |
| | BIGBAND NETWORKS, INC., AMIR ) | |
| 13 | BASSAN-ESKENAZI, FREDERICK A. BALL, ) RAN OZ, LLOYD CARNEY, DEAN GILBERT, ) | |
| 14 | KENNETH A. GOLDMAN, GAL ISRAELY, ) BRUCE I. SACHS, ROBERT J. SACHS, ) | |
| 15 | GEOFFREY Y. YANG, MORGAN STANLEY ) & CO. INCORPORATED, MERRILL LYNCH, ) | |
| 16 | PIERCE, FENNER & SMITH ) INCORPORATED, JEFFERIES & COMPANY, ) | |
| 17 | INC., COWEN AND COMPANY, LLC, ) THINKEQUITY PARTNERS LLC and DOES 1- ) | |
| 18 | 25, inclusive, ) ) | |
| 19 | Defendants. ) ) | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

NOTICE OF FILING – Nos. 07-CV-05101-SBA,
07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-
05361-SI, 07-CV-05637-WHA, 07-CV-05819-
CRB, 07-CV-05825-SI, 08-CV-22-CRB

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2        Please take notice that on January 15, 2008, defendants BigBand Networks, Inc. Amir

3    Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Ken Goldman, Gal

4    Israely, Bruce Sachs, Robert Sachs, and Geoffrey Yang filed the following document in *Mohanty*

5    *v. Bassan-Eskenazi, et al.*, Case No. 4:07-CV-05101-SBA, currently pending before Judge

6    Saundra B. Armstrong:

7        BIGBAND DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION,
         APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF
8        LEAD COUNSEL.

9

10   Dated:  January 15, 2008              WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
11

12                                         By:  _____ /s/ Joni Ostler _____
                                                  Joni Ostler
13                                         Keith Eggleton
                                           Rodney G. Strickland, Jr.
14                                         650 Page Mill Road
                                           Palo Alto, CA  94304
15                                         Tel.: (650) 493-9300
                                           Fax: (650) 493-6811
16                                         Email: keggleton@wsgr.com
                                           Email: rstrickland@wsgr.com
17                                         Email: jostler@wsgr.com

18                                         *Counsel for Defendants BigBand Networks, Inc.,*
                                           *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
19                                         *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
                                           *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
20                                         *Yang*

21

22

23

24

25

26

27

28

26

1      **DECLARATION OF SERVICE**

2          I hereby certify that on January 15, 2008, I electronically filed the foregoing with the

3      Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4      email addresses registered as denoted on the attached **Electronic Mail Notice Lists.** The

5      individuals listed on the attached **Manual Notice Lists** will receive notice via the electronic

6      notice to members of their law firms: Karen Hanson Riebel of Lockridge Grindal Nauen,

7      P.L.L.P. will receive notice via notice to Elizabeth R. Odette at the same firm, and Teodora

8      Emilova Manolova at Orrick Herrington & Sutcliffe LLP will received notice via notice to

9      Michael C. Tu at the same firm.

10          I declare under penalty of perjury under the laws of the United States of America that the

11      foregoing is true and correct. Executed this 15th day of January, 2008, at Palo Alto, California.

12

13      _Peggy L. Baird_

14      Peggy L. Baird

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING – Nos. 07-CV-05101-SBA,      2
07-CV-5168-MMC, 07-CV-05327-JSW, 07-CV-
05361-SI, 07-CV-05637-WHA, 07-CV-05819-
CRB, 07-CV-05825-SI, 08-CV-22-CRB

# Mailing Information for a Case 3:07-cv-05168-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert C. Finkel**
  RFinkel@wolfpopper.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Natalie Marie Mackiel**
  nmackiel@wolfpopper.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Stephen Lyle Porter**
  slp@wpglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05327-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05361-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicholas J Licato , Jr**
  nlicato@scott-scott.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05637-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05819-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05825-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Laurence D. King**
  lking@kaplanfox.com,ldannunzio@kaplanfox.com,abailey@kaplanfox.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,smgrossheim@locklaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,rstrickland@wsgr.com,pbaird@wsgr.com,flugo@wsgr.com,keggleton@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Karen Hanson Riebel
Lockridge Grindal Nauen, P.L.L.P
100 Washington Avenue
Suite 2200
Minneapolis, MN 55402
```

# Mailing Information for a Case 3:08-cv-00022-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Teodora Emilova Manolova
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
```